**Order entered July 3, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00868-CV

### BRIGETTA D'OLIVIO, Appellant

### V.

### GREG FOX, Appellee

### On Appeal from the 191st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-05606

## ORDER

Before the Court is appellant's July 3, 2019 motion for an extension of time to file her

amended brief on the merits. We **GRANT** the motion and extend the time to **July 5, 2019**.

/s/    BILL WHITEHILL
       JUSTICE